# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>H.A. RIOS, JR., et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:10-cv-1554-AWI-MJS (PC)<br><br>ORDER DENYING MOTION TO NOTIFY PARTIES OF WILLINGNESS AND AVAILABILITY FOR RULE 26(f) CONFERENCE<br><br>(ECF No. 22) |

Plaintiff Nathan Smith ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971).  Before the Court is Plaintiff's Motion to Notify All Parties of Willingness and Availability for Rule 26(f) Conference.

As Plaintiff was previously informed, actions brought by a prisoner in the custody of the United States, such as the Plaintiff in this action, are exempt from Rule 26(f).  <u>See</u> Fed. R. Civ. P. 26(a)(1)(B), (f).

IT IS SO ORDERED.

Dated:   November 8, 2010            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE